NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| | ) | |
| STEPHANIE M. KEARNEY, | ) | |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Civ. Docket No: 09-2219 (FSH) |
| v. | ) | |
| | ) | **ORDER** |
| LIMELITE COACH WORKS, | ) | |
| | ) | Date: May 13, 2009 |
| Defendant. | ) | |
| | ) | |

_____

The Court hereby orders Plaintiff **by May 27, 2009** to serve and file a submission

providing the following information:

1.      The basis for jurisdiction in this case.

2.      If the action has been filed on grounds of diversity jurisdiction, the citizenship of
all named Plaintiffs and all named Defendants (including the citizenship of all
members or partners in any non-corporate parties).

3.      If the action has been filed on grounds of diversity jurisdiction, a good faith
statement of the dollar amount in controversy, with the basis for calculating
damages and all supporting documentation (including any relevant medical
records).  If any component of the damages claimed cannot be stated with
precision at this time, so indicate in the filing and state what information is needed
to specify the computation of damages and the date upon which such information
can be supplied.

4.      If the action has been filed on the basis of federal question jurisdiction, the federal
statutory provision that gives rise to the jurisdiction and the specific section that
provides Plaintiff with a private right of action.

If Defendant has a response to Plaintiff's submission, such response shall be served and

filed **by June 3, 2009.**

IT IS SO ORDERED.

/s/ **Faith S. Hochberg**
Hon. Faith S. Hochberg, U.S.D.J.